FILED

03/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0096

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0096

RUSSELL W. BULLOCK,

Petitioner,

v.

PETE BLUDWORTH, Warden,
Crossroads Correctional Center,

Respondent.

FILED

MAR 1 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Russell W. Bullock has filed a Petition for a Writ of Habeas Corpus and included copies of transcripts from his underlying criminal proceeding. Bullock raises various issues, such as sufficiency of the evidence, *Brady*[1] and speedy trial violations, ranging from the pre-trial hearings to his jury trial. He also challenges the expert witness and claims ineffectiveness of counsel.

This Court is familiar with Bullock's underlying proceeding. In 2015, Bullock appealed his jury convictions for sexual intercourse without consent and burglary from the Gallatin County District Court. He raised four issues. We affirmed and remanded the matter to correct the user surcharge amount as raised in the fourth issue. *State v. Bullock*, 2017 MT 182, 388 Mont. 194, 398 P.3d 881. We concluded that Bullock was not denied his right to a speedy trial. *Bullock*, ¶¶ 16-27. In 2018, Bullock sought postconviction relief in the District Court. The court denied his petition for postconviction relief as untimely. Bullock appealed, and we affirmed. *Bullock v. State*, No. DA 19-0087, 2020 MT 57N, ¶¶ 2, 8, 2020 Mont. LEXIS 718.

Upon review, Bullock is relitigating his criminal convictions in his instant Petition. He does not raise any issues concerning the illegality of his sentences.

---

[1] *Brady v. Maryland*, 373 U.S. 83, 83 S. Ct. 1194 (1963).

Section 46-22-101(1), MCA. Bullock is precluded from challenging his convictions because of his initial appeal. Section 46-22-101(2), MCA. The issues he raises now are more appropriate for a direct appeal or through a petition for postconviction relief, both of which he has had. *State v. Wright*, 2001 MT 282, ¶ 37, 307 Mont. 349, 42 P.3d 753. Having sought such relief over the last several years, Bullock is barred from raising these issues now in his petition for habeas corpus relief. Therefore,

IT IS ORDERED that Bullock's Petition for a Writ of Habeas Corpus is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Russell W. Bullock personally.

DATED this 16 day of March, 2021.

Chief Justice

Justices